**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Hector RAMIREZ-QUINTANILLA,**
**Defendant-Appellant**

**No. 16-10236**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 11/08/2016

Emily Baker Falconer, Assistant U.S. Attorney, James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Kevin Joel Page, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant-Appellant

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM: *

Hector Ramirez-Quintanilla appeals the 46-month within-guidelines sentence imposed in connection with his conviction for illegal reentry after deportation. Ramirez-Quintanilla argues that his case should be remanded for resentencing in light of pro-

---

* Pursuant to 5TH CIR. R. 47.5, the court has    determined that this opinion should not be

posed amendments to the Sentencing Guidelines applicable to illegal reentry offenses. He did not request that the district court consider the amendments when imposing the sentence; thus, we review for plain error. *See Puckett v. United States*, 556 U.S. 129, 134–35, 129 S.Ct. 1423, 173 L.Ed.2d 266 (2009).

The district court correctly applied the version of the Sentencing Guidelines in effect at the time of sentencing. *See United States v. Rodarte–Vasquez*, 488 F.3d 316, 322 (5th Cir. 2007). The district court did not plainly err by failing to consider not yet proposed amendments to the Guidelines. Ramirez-Quintanilla is not entitled to a remand for resentencing in light of the amendments. *See United States v. Posada–Rios*, 158 F.3d 832, 880 (5th Cir. 1998).

The judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.